# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date:                 November 6, 2015

Courtroom Deputy:  Kathleen Finney
Court Reporter:    Tracy Weir
Probation Officer: Michelle Means

---

**Criminal Action No.  15-cr-00087-REB**

<u>Parties:</u>                                              <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Beth Gibson

      Plaintiff,
v.

BENJIMAN CARDWELL,                          Scott Varholak

      Defendant.

---

### SENTENCING MINUTES

---

**11:19 a.m.    Court in session.**

Appearances of counsel.

Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Also pending relevant to sentencing are the following: the **Defendant's Sentencing Statement and Motion for Variant Sentence** [#29] filed October 13, 2015; the **Government's Motion for Sentence Reduction Pursuant to U.S.S.G. § 5K1.1** [#32] filed October 30, 2015; and the **Government's Sentencing Position** [#33] filed October 30, 2015.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

> **IT IS ORDERED** as follows:
>
> 1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;
>
> 2. That the pending motions are resolved as follows: the **Defendant's Motion for Variant Sentence** [#29] is **DENIED**; the **Government's Motion for Sentence Reduction Pursuant to U.S.S.G. § 5K1.1** [#32] is **GRANTED**;
>
> 3. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count One of the Information;
>
> 4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant be sentenced to supervised probation for a term of **three (3) years**;
>
> 5. That while on supervised probation, the defendant shall comply with the following conditions of supervised probation:
>
>    • all mandatory conditions of supervised probation, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);
>
>    • all standard conditions of supervised probation approved and imposed by this court in all such cases and circumstances; and
>
>    • the following explicit or special conditions of supervised probation:

- that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised release;

- that the defendant shall not possess or use illegally controlled substances;

- that the defendant shall not possess or use any firearm, destructive device, or dangerous weapon as defined under federal law at 18 U.S.C. § 921;

- that the defendant shall cooperate in the collection of a sample of defendant's DNA;

- that the defendant shall not incur new credit charges or open additional lines of credit without the advance express approval of his probation officer unless he is then in compliance with the specific periodic payment obligations imposed by this court in these sentencing orders;

- that as directed by his probation officer, he shall apply any monies received from income tax refunds, lottery winnings, devices, inheritances, judgments, and any anticipated or unexpected financial gains or sources to the outstanding, that is, unpaid, court ordered financial obligations in this case; and

- that the defendant shall perform 100 hours of community service as directed by his probation officer; and

- that the defendant shall pay a fine in the amount of $5,000; due and payable immediately, failing which in monthly installments of not less than 10% of the monthly gross income to be determined periodically by his probation officer;

7. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

8. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived;

9. That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585; and

10. That an order and judgment of forfeiture shall be entered pursuant to the plea agreement of the parties and the admission of the defendant of the forfeiture allegation of the Information, to be submitted by the Government as soon as practicable.

Parties state they have no objections to the sentence imposed.

The defendant waives formal advisement of appeal.

**11:45 a.m.   Court in recess.**

Total time in court: 00:26

Hearing concluded.