**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 15-cr-00087-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    BENJIMAN CARDWELL,

    Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT
AGAINST DEFENDANT CARDWELL**

---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture [#35] pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure filed November 6, 2015.  The Court having read said Motion and being fully advised in the premises finds:

On May 8, 2015, an Indictment was filed charging defendant Cardwell in Count One with 18 U.S.C. § 371, Conspiracy to Commit Theft of Government Property in violation of 18 U.S.C. § 641.  The Indictment also sought forfeiture of all of the proceeds obtained by the defendant as result of the offense charged in Count One, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).  (Doc. 14).

On August 7, 2015, the United States and defendant Cardwell entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C),  28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.  (Doc. 25).

Based on the facts set forth in the Plea Agreement, the requisite nexus exists between $1,310.00 and Count One, to which defendant Cardwell pleaded guilty. [# 25].

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED**:

THAT $1,310.00 is subject to forfeiture as proceeds obtained by defendant Cardwell through commission of the offense in Count One to which he has pleaded guilty;

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Cardwell in the amount of $1,310.00 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings, *see* Fed. R. Crim. P. 32.2(c)(1); and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

Dated November 6, 2015, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge